THE STATE OF OHIO, APPELLANT, *v.* BRAYLOCK ET AL., APPELLEES.

[Cite as *State v. Braylock* (1992), 65 Ohio St.3d 11.]

(No. 91–1518—Submitted July 29, 1992—Decided October 7, 1992.)

*Anthony G. Pizza,* Prosecuting Attorney, and *Mary Sue Barone,* for appellant.

*Scott E. Spencer,* for appellees.

The cause is reversed on authority of *State v. Gill* (1992), 63 Ohio St.3d 53, 584 N.E.2d 1200.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.